Stuart M. Price, Esq. (SBN:150439)
**Price Law Group, APC**
6345 Balboa Blvd, Suite 247
Encino, CA 91316
T: (818) 600-5564
Stuart@pricelawgroup.com
Attorneys for Plaintiff
Humberto Hernandez

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO HERNANDEZ,<br><br>           Plaintiff,<br><br>vs.<br><br>SYNCHRONY BANK; and<br>DISCOUNT TIRE CO. INC.,<br><br>           Defendants. | Case No.: 2:17-cv-03267-GW-SS<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Plaintiff Humberto Hernandez ("Plaintiff"), and Defendants Synchrony Bank and Discount Tire Co. Inc., (collectively "Defendants"), have settled all claims between them in this matter.  The parties are in the process of completing the final settlement documents and expect to file a Stipulation of Dismissal with Prejudice within the next sixty (60) days.

Plaintiff requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

RESPECTFULLY SUBMITTED,

**PRICE LAW GROUP, APC**

DATED: November 21, 2018

By: */s/ Stuart Price*
Stuart M. Price, Esq.
Stuart@pricelawgroup.com
Attorneys for Plaintiff
Humberto Hernandez

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system on the 21st day of November 2018. Notice of this filing will be sent to all parties by operation of the court's electronic filing system.

*/s/ Maria Marsceill*