Stuart M. Price, Esq. (SBN:150439)
**Price Law Group, APC**
6435 Balboa Boulevard, Suite 247
Encino, CA. 91316
T: (818) 600-5564
E: stuart@pricelawgroup.com

*Attorneys for Plaintiff Humberto Hernandez*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO HERNANDEZ, | Case No.: 2:17-cv-03267-GW-SS |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| SYNCHRONY BANK, et al, | |
| Defendants, | |

Plaintiff Humberto Hernandez ("Plaintiff"), by and through his attorneys Price Law Group, APC and Defendants Synchrony Bank ("Synchrony") and Discount Tire Co. Inc. (Discount Tire"), (collectively "Defendants"), by and through their attorneys Reed Smith LLP, hereby stipulate to dismiss Plaintiff's claims against Defendants with prejudice, pursuant to Rule 41(a)(2). Each party shall bear their own costs and attorneys' fees.

Respectfully submitted this 26th day of December 2018.

| PRICE LAW GROUP, APC | REED SMITH LLP |
|---|---|
| By: */s/ Stuart Price* <br> Stuart M. Price <br> stuart@pricelawgroup.com <br> *Attorneys for Plaintiff* <br> *Humberto Hernandez* | By: */s/ Zachary C Frampton* <br> Patil Derderian <br> pderderian@reedsmith.com <br> Zachary C Frampton <br> zframpton@reedsmith.com <br> *Attorneys for Defendants* <br> *Synchrony Bank and* <br> *Discount Tire Co. Inc.* |

### ECF Signature Certification

Pursuant to Local Rule 5-4.3.4, I, Stuart Price, hereby certify that the content of this document is acceptable to Patil Derderian, counsel for Defendants Synchrony Bank and Discount Tire Co. Inc. and I have obtained Mr.Frampton's authorization to affix her electronic signature to this document.

Dated: December 26, 2018          */s/Stuart Price*

### CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2018, I electronically transmitted the foregoing with the U.S, District Court Clerk's Office using the CM/ ECF System for filing and transmittal of a Notice of Electronic Filing and thereby served all registered CM/ECF case participants.

*/s/ Maria Marsceill*