# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>SYNCHRONY BANK, et al.,<br><br>Defendants, | Case No.: CV 17-3267-GW-SSx<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

     Upon review of the Stipulation of Dismissal with Prejudice of Defendants Synchrony Bank ("Synchrony") and Discount Tire Co. Inc. (Discount Tire"), (collectively "Defendants"), filed by Plaintiff and Defendants, and good cause appearing,

     **IT IS ORDERED** that the Stipulation is **GRANTED**. The above entitled matter is hereby dismissed with prejudice, with the parties to bear their own costs and attorney's fees.

Dated: January 2, 2019

                                                      */s/ George H. Wu*
                                                      Honorable George H. Wu
                                                      United States District Judge